IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | PLAINTIFF |
| | ) | |
| -vs- | ) | CASE NO. 5:23CV05051 |
| | ) | |
| REAL PROPERTY LOCATED AT, | ) | |
| 109181 S. 4646 ROAD, | ) | |
| SALLISAW, OKLAHOMA, | ) | |
| Including All Buildings, | ) | |
| Appurtenances and Improvements | ) | DEFENDANT |

**UNITED STATES' MOTION FOR AN**
**AGREED AMENDED JUDGMENT OF FORFEITURE**

The United States of America, by and through the United States' Attorney's Office for the Western District of Arkansas, hereby moves pursuant to Federal Rule of Civil Procedure 55(c) and Rule 60(b)(1) for the entry of an Agreed Amended Judgment of Forfeiture to replace the Default Judgment (Doc. 13) and to reflect the titled owners' knowledge and consent to the forfeiture. In support of this motion, the United States provides the following factual and legal bases.

1. On April 4, 2023, the United States filed a verified complaint alleging the Defendant property commonly known as 109181 S. 4646 Road, Sallisaw, Oklahoma, with all appurtenances, improvements, and attachments thereon, and including a 1998 Fleetwood Mobile Home, VIN XFLV66AB02707WP12, Title #810012289087, more particularly described as follows:

> The SE/4 NW/4 NE/4 SECTION 15, TOWNSHIP 11 NORTH, RANGE 24 EAST, SEQUOYAH COUNTY, OKLAHOMA, LESS 25 FEET ALONG THE WEST SIDE.

(hereinafter the "Property") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) as proceeds of wire fraud in violation of 18 U.S.C. § 1343 and pursuant to 18 U.S.C. § 981(a)(1)(A) as property involved in money laundering in violation of 18 US.C. § 1957. (Doc. 2.)

2. The United States sent notice to the titled owners via certified mail. However, the certified mail was unclaimed.

3. On June 6, 2023, the United States filed a Motion for Default Judgment. (Doc. 12.)

4. On July 17, 2023, the Court entered a Default Judgment of Forfeiture. (Doc. 13.)

5. The United States Attorney's Office has a pending criminal investigation against titled owner Jimmy D. Fant, Jr. arising out of the facts which also gave rise to the civil forfeiture action. Mr. Fant has negotiated a Plea Agreement through his counsel and as part of the Plea, has agreed to plead guilty to an Information charging him with wire fraud in violation of 18 U.S.C. § 1343 and money laundering in violation of 18 U.S.C. § 1957. In the Plea Agreement, Mr. Fant has agreed to the forfeiture of the Property as proceeds of his wire fraud in violation of 18 U.S.C. § 1343 and as property involved in his money laundering in violation of 18 U.S.C. § 1957.

6. Jennette Fant, is the other titled owner of the Defendant Property. Jennette Fant has been aware of the civil forfeiture proceedings and agrees that the Property is subject to forfeiture.

7. Further, both Jimmy L. Fant Jr. and Jennette Fant certify and agree that the title to the mobile home may be cancelled as there is no lien on the mobile home and the home is permanently affixed to the real estate at 109181 S 4646 Road, Sallisaw, Oklahoma, in accordance with O.S. Title 47, Section 1110.

8. Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, the Court may set aside a default judgment under Federal Rule of Civil Procedure 60(b). Rule 60(b) provides that upon motion and just terms, the Court may reopen a civil forfeiture judgment pursuant to Federal

Rule of Civil Procedure 60(b)(1) for "mistake, inadvertence, surprise or excusable neglect" and pursuant to Rule 60(b)(6) for "any other reason that justifies relief."

9.      Here, the Court may set aside the Default Judgment of Forfeiture and replace it with the Agreed Amended Judgment of Forfeiture because the Amended Judgment will remove any question of whether the titled owners of the Property were aware of the forfeiture and consented to the forfeiture. The Agreed Amended Judgment of Forfeiture will prevent any issue in obtaining title insurance for the sale of the Property and thereby result in greater funds for the victim of the crimes giving rise to the forfeiture.

Wherefore, pursuant to Rule 55(c) and Rule 60(b) of the Federal Rules of Civil Procedure, the United States respectfully requests that the Court enter the proposed Agreed Amended Judgment of Forfeiture.

Respectfully submitted,

DAVID CLAY FOWLKES
United States Attorney

*/s/ Candace L. Taylor*

Candace L. Taylor
Assistant U.S. Attorney/Civil Chief
Western District of Arkansas
U.S. Attorney's Office
Bar No. 98083
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
Email: Candace.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which automatically sends copies to all appearing parties.

    RESPECTFULLY SUBMITTED.

  This 18th day of October, 2023.

                                        Respectfully submitted,

                                        DAVID CLAY FOWLKES
                                        United States Attorney

                                        */s/ Candace L. Taylor*
                                        Candace L. Taylor
                                        Assistant U.S. Attorney/Civil Chief
                                        Western District of Arkansas
                                        U.S. Attorney's Office
                                        Bar No. 98083
                                        414 Parker Avenue
                                        Fort Smith, AR 72901
                                        (479) 783-5125
                                        Email: Candace.Taylor@usdoj.gov