IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

V.                                    CASE NO. 5:23-CV-5051

**REAL PROPERTY LOCATED AT
109181 S. 4646 ROAD, SALLISAW, OKLAHOMA,
Including All Buildings, Appurtenances and Improvements**          **DEFENDANT**

## ORDER AND AMENDED JUDGMENT OF FORFEITURE

Now before the Court is the United States' Motion for an Agreed Amended Judgment of Forfeiture (Doc. 15) pursuant to Federal Rule of Civil Procedure 55(c) and 60(b)(1). On July 17, 2023, the Court entered a Default Judgment of Forfeiture (Doc. 13) of the Property at 109181 S. 4646 Road, Sallisaw, Oklahoma, with all appurtenances, improvements, and attachments thereon, and including a 1998 Fleetwood Mobile Home, VIN XFLV66AB02707WP12, Title #810012289087, more particularly described as follows:

> The SE/4 NW/4 NE/4 SECTION 15, TOWNSHIP 11 NORTH, RANGE 24 EAST, SEQUOYAH COUNTY, OKLAHOMA, LESS 25 FEET ALONG THE WEST SIDE.

The forfeiture was made pursuant to 18 U.S.C. § 981(a)(I)(C), as proceeds of wire fraud in violation of 18 U.S.C. § 1343, and pursuant to 18 U.S.C. § 98I(a)(I)(A), as property involved in money laundering in violation of 18 US.C. § 1957.

Since the entry of the Default Judgment of Forfeiture, the United States made contact with the titled owners of the Defendant Property and now advise the Court that they agree the Property is subject to forfeiture and further agree to the entry of an

1

amended judgment of forfeiture. According to the Motion, if the Court enters an amended judgment to reflect the owners' knowledge and agreement to said forfeiture, this will enable the United States to more easily obtain title insurance for the sale of the property and thereby result in greater funds for the victim of the crimes giving rise to the forfeiture.

Having considered the United States' Motion (Doc. 15), **IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all right, title and interest in the Property described above is hereby forfeited to the United States with the knowledge and consent of the titled owners TIMMY D. FANT, JR. and JENNETTE FANT.

**IT IS FURTHER ORDERED** that title to the mobile home may be cancelled, as there is no lien on the mobile home, and the home is permanently affixed to the real estate at 109181 S. 4646 Road, Sallisaw, Oklahoma, in accordance with O.S. Title 47, Section 1110.

**IT IS FURTHER ORDERED** that all other terms of the Final Order of Forfeiture entered on July 17, 2023 (Doc. 13) remain unchanged.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing this agreed Amended Judgment of Forfeiture.

**IT IS SO ORDERED AND ADJUDGED** on this 20th day of October, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE